

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-14-00068-CV

Style:            In re Allstate County Mutual Insurance Company


Date motion filed[*]:            June 18, 2014

Type of motion:            Motion for leave to file supplement to Allstate's petition for writ of mandamus and the mandamus record

Party filing motion:            Relator

Document to be filed:            Relator's supplement to petition and supplemental mandamus record

Is appeal accelerated?            No

If motion to extend time:
    Original due date:
    Number of prior extensions:            Current Due date:
    Date Requested:

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____


Judge's signature: /s/ Sherry Radack
            ☒ Acting individually    ☐ Acting for the Court
Date:  September 16, 2014


November 7, 2008 Revision